IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kathy Harris,

        Plaintiff,

v.

        Case No. 2:08-cv-0392

        JUDGE SARGUS

Commissioner of Social
Security,

        Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the
Magistrate Judge on June 25, 2009. The time for filing objections has passed, and no objections
have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report
and Recommendation. The plaintiff's statement of errors is overruled. The Clerk shall enter
judgment in favor of the defendant Commissioner.

Date: ___7-13-2009___

                              Edmund A. Sargus, Jr.
                              United States District Judge